# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MELANIE YVONNE YOUNG, ) ) Plaintiff, ) v. ) ) MEMORIAL HOSPITAL ) UNIVERSITY MEDICAL CENTER,) ) Defendant. ) | Case No. CV408-211 |

## REPORT AND RECOMMENDATION

On December 8, 2008, this Court granted Plaintiff Melanie Yvonne Young leave to proceed in forma pauperis with this Title VII action against the defendant. Doc. 3. In that Order, the Court directed her to "submit a formal complaint within 30 days of this Order," *id.* at 6, and warned of possible dismissal if she failed to comply. *Id.* at 7. Plaintiff has failed to comply. Accordingly, her case should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this <u>14th</u> day of April, 2009.

/s/ G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA