UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAY -6 PM 2:52

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| MELANIE YVONNE YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV408-211 |
| ) | |
| MEMORIAL HOSPITAL ) | |
| UNIVERSITY MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 6th day of May, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA